*Constitution of Virginia 1870 **ARTICLE I. BILL OF RIGHTS Sec 15.** That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1ˢᵗ Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

In
'Federal Court'
at
'District Court of the united States
for Eastern District of Virginia Norfolk District'

| | |
|---|---|
| i: a man; Sha' Heed Abdullah White<br>*prosecutor*<br><br>_____<br><br>City of Virginia Beach; a body politic,<br>FEIN: 540722061<br><br>PUBLIC OFFICER dba<br>Briana Spratley, an individual dba<br>Detective for City of Virginia Beach<br>(Municipal) Police Department<br><br>*Wrongdoer(s)* | Case No.: RA 282 044 227 US  3:21cv327<br><br>EX PARTE: NOTICE OF MOTION AND<br>MOTION TO INTERVENE<br>WITH AN INJUNCTION<br>(verified) |

## INTRODUCTION

Comes now, the man, of full age, *White, Sha' Heed Abdullah*, Prosecutor herein, above named, comes and upon his personal knowledge, and states to this honorable court:

1. **i, wish court to take judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE III Section 2.** The judicial Power shall extend to all Cases, in Law and equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; ...The trial of all Crimes except in Cases of Impeachment, shall be by jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, The Trial shall be at such Place or Places as the Congress may by Law have directed.

2. **And take further judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE IV** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

3. **And take further judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE V** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in land or naval forces, or in the Militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any Criminal Case to be a witness against himself, be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

4. **And take further judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE VI** In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall

*Constitution of Virginia 1870* **ARTICLE I. BILL OF RIGHTS Sec 15.** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1ˢᵗ Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

5. **And take further judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE VII** In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United states, than according to the rule of the common law.

6. **And take further judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE IX** The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage other retained by the people.
   See Exhibit A

## INTRODUCTION

7. **And, i, wish court to take further judicial notice:** <u>This is not a civil rights action,</u> this is a Motion to Intervene With An Injunction, filed in this court of record, under common law jurisdiction, by Prosecutor, *White, Sha' Heed Abdullah*, a man; aggrieved and harmed, when his unalienable rights secured and protected by the The Constitution Of The United States Of America -1787, ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS ARTICLE IX, is threatened to be violated by a certain individual "Briana Spratley" dba Detective for City of Virginia Beach (Municipal) Police Department; when she has been informed that i reserve all my rights, and also uttered to said Briana Spratley " To secure, protect, the rights, and prevent harm, and cause injury to the parties, i require all future communications to comes by way of the written word, and, verified under oath or affirmation, penalty of perjury, by it's author/creator that all herein said certain written word(s) is true; i am an idiot in legalese, i, verify here as i will in open court of record that all herein be true"; In which said Briana Spratley replied "I'm going to arrest you for obstructing justice and take a sample of your DNA", which she verily believes she has the authority to do, based on a legal instrument in her possession of some type, which if said Briana Spratley does so, without my consent, will be a grievous and oppressive act, and will violate my unalienable rights secured and protected by THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS ARTICLE IX;

## JURISDICTION AND VENUE

8. This action arises under federal law and the THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS ARTICLE IX;

9. The jurisdiction of this Court is invoked pursuant to THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE III Section 2. Venue is proper in this district because it is where the events claimed of occurred;

*Constitution of Virginia 1870* **ARTICLE I. BILL OF RIGHTS Sec 15.** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©©™

10. The Wrongdoer City of Virginia Beach; FEIN: 54-0722061, is a municipal corporation in the Commonwealth of Virginia; a body politic, FEIN: 546001736;

11. The Wrongdoer Briana Spratley is an enforcement officer working as a Police Officer for the City Of Virginia Beach, and is otherwise *sui juris*;

## THE PARTIES

12. Prosecutor Sha' Heed Abdullah White is twenty-six (26) years old, an inhabitant of the Commonwealth of Virginia, one of the several States of the Union, and an active member in United States of America Navy / Rank E4;

13. Wrongdoer City of Virginia Beach FEIN: 54-0722061 ("City") is a political subdivision of the Commonwealth of Virginia; a body politic, FEIN: 546001736;

14. Wrongdoer police officer Briana Spratley ("Spratley") was at all times relevant to this claim a certified law enforcement in the Commonwealth of Virginia; At the time of this incident she was a duly appointed and acting as a police officer of the City of Virginia Beach Police Department, acting under color of law, to wit, under color of statutes, ordinances, regulations, policies, customs and usages of the Commonwealth of Virginia and/or the City of Virginia Beach Police Department;

15. At all times in this matter to date, Wrongdoers City of Virginia Beach and Officer Briana Spratley are in engaged in conduct that threatens to violate Prosecutor's federally protected unalienable rights by making threats of arrest, coercion and use of deadly force;

## STATEMENTS OF FACTS

16. On or about the 28 thday of April 2021, i had my counsel of choice, contact Detective Briana Spratley, she had left a contact number, and wanted to discuss/question me on a certain matter, to which she was informed: " To secure, protect, the rights, and prevent harm, and cause injury to the parties, i require all future communications to comes by way of the written word, and, verified under oath or affirmation, penalty of perjury, by it's author/creator that all herein said certain written word(s) is true; i am an idiot in legalese, i, verify here as i will in open court of record that all herein be true"; In which said Briana Spratley after a moment of conversing angrily replied "I'm going to arrest you for obstructing justice and take a sample of your DNA", and abruptly hung up; See Exhibit B

Wherefore, Prosecutor respectfully require of this Honorable Court:
   A. Permanently enjoin wrongdoers with an injunction from subjecting i, White, Sha' heed Abdullah from practices/acts that violate my unalienable rights secured by the THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS ARTICLE IX;
   B. Grant such other and further equitable relief as the court deems just, necessary and proper to protect i, White, Sha' Heed Abdullah, a man, from further harm by wrongdoers;

Respectfully submitted,
.

*Constitution of Virginia 1870* **ARTICLE I. BILL OF RIGHTS Sec 15.** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1ˢᵗ Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

Executed on the __2nd__ day of May, 2021,

                                  (seal)

By: *White, Sha'Heed Abdullah*
White, Sha' Heed Abdullah; without the United States
Held in trust, without the United States
All Rights Reserved

State of New Jersey
County of __Camden__ , ss.

   *White*, Sha' Heed Abdullah, a man; of full age, being duly sworn, or affirmed according to law, on his oath saith: That he is the claimant in the bill hereto annexed and has read the same: That the facts, matters and things therein set forth, except only as to those stated on information and belief, are true of his own knowledge, and as to such matters, facts and things as are set forth therein on information and belief, he believes them to be true;

Sworn, or affirmed to and subscribed before me __2nd__, day of May, 2021;

Notary Public __Omar Wilkerson Wilkerson__       SEAL

White, Sha' Heed Abdullah Registered Owner
of WHITE, SHA' HEED ABDULLAH corp sole.
Dba SHA' HEED ABDULLAH
care of: Benigno Blvd, [421] Box 1753,
county Camden
state New Jersey republic,
one of the several States of the Union
Near. [08099-9998]
The United States of America

> Omar H Wilkerson
> Notary Public
> New Jersey
> My Commission Expires 1-29-2024
> No. 50097814

TO:
Fernando Galindo dba
Court Clerk
Spottswood W. Robinson III and
Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

## CERTIFICATE OF SERVICE

I, WHITE, SHA' HEED ABDULLAH MAN; FOR WHITE, SHA' HEED ABDULLAH, CORP. SOLE DBA SHA' HEED ABDULLAH WHITE IS TO CERTIFY THAT I HAVE THIS DAY SERVED **FERNANDO GALINDO, COURT CLERK** FOR Federal Court' at 'District Court of the united States for Eastern District of Virginia
**NOTICE: CLAIM: NOTICE OF MOTION AND MOTION TO INTERVENE WITH AN INJUNCTION**

**COMMON LAW JURISDICTION** by CERTIFIED MAIL: #_____

Delivery thereon to ensure delivery to:

Fernando Galindo dba
Court Clerk
Spottswood W. Robinson III and
Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street, Suite 3000
Richmond, Virginia 23219